UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTONEI B. CSOKA, Ph.D., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 24-1486 (ABJ) |
| FOOD AND DRUG ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant's motion to dismiss [Dkt. # 8] is **GRANTED** and the above-captioned case is **DISMISSED**.

This is a final, appealable order.

AMY BERMAN JACKSON
United States District Judge

DATE: March 31, 2025